UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

| | |
|---|---|
| CLAFCO BUILDERS CORPORATION<br>Plaintiff,<br><br>v.<br><br>THE TOWN OF MEDWAY,<br>Defendant,<br><br>and<br><br>DANIEL J. HOOPER, MATTHEW J. HAYES, ALAN DETOMA, KARYL SPILLER-WALSH and KENT SCOTT, Individually and in their Official Capacities as Members of the TOWN OF MEDWAY PLANNING BOARD<br>Defendants. | 04 11538 PBS<br><br>MAGISTRATE JUDGE _____<br><br>RECEIPT # 57201<br>AMOUNT $ 150<br>SUMMONS ISSUED N/A<br>LOCAL RULE 4.1<br>WAIVER FORM<br>MCF ISSUED<br>BY DPTY CLK<br>DATE |

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(b) and 1446, Defendants petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the Defendants state as follows:

1. On or about June 16, 2004, the Plaintiff filed this suit in the Norfolk Superior Court, Civil Action No.: 04-0100.

2. On or about June 22, 2004, the Plaintiff's Complaint was served upon the Defendants. Attached as Exhibit A is a copy of the Plaintiffs' Complaint and summons which were served upon the Defendants.

3. In their Complaint, the Plaintiffs allege "42 U.S.C. §1983 provides a cause of action for the violation of a citizen's rights protected by the Constitution of the United States."

4.  Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(b).

5.  This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

>Respectfully submitted,
>The Defendants,
>The Town of Medway, and Daniel J. Hooper, Matthew J. Hayes, Alan DeToma, Karyl Spiller-Walsh and Kent Scott, Individually and in their Official Capacities as Members of the Town of Medway Planning Board,
>By their attorneys,
>
>*Deborah Ecker*
>Leonard H. Kesten, BBO# 542042
>Deborah I. Ecker, BBO# 554623
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza, 12th Floor
>Boston, MA 02116
>617) 880-7100

DATED: July 9, 2004