UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04 11538 PBS

CLAFCO BUILDERS CORPORATION
    Plaintiff,

v.

THE TOWN OF MEDWAY,
    Defendant,

and

DANIEL J. HOOPER, MATTHEW J. HAYES, ALAN DETOMA, KARYL SPILLER-WALSH and KENT SCOTT, Individually and in their Official Capacities as Members of the TOWN OF MEDWAY PLANNING BOARD
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter our appearance as counsel for the Defendants in the above-captioned matter.

        Respectfully submitted,
        The Defendants,
        The Town of Medway, and Daniel J. Hooper, Matthew J. Hayes, Alan DeToma, Karyl Spiller-Walsh and Kent Scott, Individually and in their Official Capacities as Members of the Town of Medway Planning Board,
        By their attorneys,

        *Deborah Ecker*
        Leonard H. Kesten, BBO# 542042
        Deborah I. Ecker, BBO# 554623
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza, 12th Floor
        Boston, MA 02116
        617) 880-7100

DATED: July 9, 2004