**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Clafco Builders Corporation
        Plaintiff

                    CIVIL ACTION
V.                    NO. 04-11538-PBS

The Town of Medway, et al
        Defendant

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

_____ EARLY NEUTRAL EVALUATION    __X__ MEDIATION: A.S.A.P. per request of
                                                                           counsel

_____ MINI-TRIAL                                   _____ SUMMARY JURY TRIAL

_____ SETTLEMENT CONFERENCE      _____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                                        HON. PATTI B. SARIS
                                                                        UNITED STATES DISTRICT JUDGE
                                                                        BY: /s/ Robert C. Alba
DATE: September 8, 2004                                                DEPUTY CLERK

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |