UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLAFCO BUILDERS CORP.
Plaintiff,
        V.                                      Civil Action Number
                                                   04-11538-PBS

TOWN OF MEDWAY, ET AL
Defendant.                                        September 14, 2004


## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/12/05

Plaintiff's expert designation deadline: 5/12/05

Defendant's expert designation deadline: 6/12/05

Expert discovery deadline: 6/30/05

Summary Judgment Motion filing deadline: 7/12/05

Opposition to Summary Judgment Motions: 8/12/05

Hearing on Summary Judgment or Pretrial Conference: 9/7/05 at 2:00 p.m.

Case to be referred to Mediation program:  Case previously referred to Mediation

                                                                  By the Court,

                                                                 /s/ Robert C. Alba
                                                                 Deputy Clerk