UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLAFCO BUILDERS CORPORATION,<br>Plaintiff,<br><br>v.<br><br>THE TOWN OF MEDWAY,<br>Defendant,<br><br>and<br><br>DANIEL J. HOOPER, MATTHEW J. HAYES, ALAN DETOMA, KARYL SPILLER-WALSH and KENT SCOTT, Individually And In Their Official Capacities As Members Of The TOWN OF MEDWAY PLANNING BOARD,<br>Defendants. | Civil Action No. 1:04-cv-11538-PBS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFF CLAFCO BUILDERS CORPORATION AND ITS COUNSEL

Pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned certify that they have conferred: (i) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

BO1 15667684.1

| | |
|---|---|
| **CLAFCO BUILDERS CORPORATION**<br>By their Attorneys,<br><br>*/s/ Stephen C. Bazarian*<br>Peter Brooks (BBO# 058980)<br>Stephen C. Bazarian (BBO # 553148)<br>SEYFARTH SHAW<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>(617) 946-4800 | **CLAFCO BUILDERS CORPORATION**<br><br><br>By: John Claffey<br>Its: President |

DATED: September 14, 2004

| CLAFCO BUILDERS CORPORATION<br>By their Attorneys, | CLAFCO BUILDERS CORPORATION |
|---|---|
| _____<br>Peter Brooks (BBO# 058980)<br>Stephen C. Bazarian (BBO # 553148)<br>SEYFARTH SHAW<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>(617) 946-4800 | By: *John Claffey*<br>Its: President |

DATED: September 14, 2004