UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLAFCO BUILDERS CORPORATION,<br>Plaintiff,<br><br>v.<br><br>THE TOWN OF MEDWAY,<br>Defendant,<br><br>and<br><br>DANIEL J. HOOPER, MATTHEW<br>J. HAYES, ALAN DETOMA, KARYL<br>SPILLER-WALSH and KENT SCOTT,<br>Individually And In Their Official<br>Capacities As Members Of The TOWN OF<br>MEDWAY PLANNING BOARD,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:04-cv-11538-PBS |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The Plaintiff, Clafco Builders Corporation (the "Plaintiff"), and the defendants, the Town

of Medway and Daniel J. Hooper, Matthew J. Hayes, Alan DeToma, Karyl Spiller-Walsh and

Kent Scott, individually and in their official capacities as members of the Town of Medway

Planning Board (hereinafter collectively referred to as the "Defendants"), hereby submit this

Joint Statement containing their proposed pretrial schedules pursuant to Rule 16.1(D) of the

Local Rules of the United States District Court for the District of Massachusetts and the Court's

Notice of Scheduling Conference dated July 15, 2004.

### 1.    PROPOSED DISCOVERY PLAN

The parties agree on a proposed discovery plan:

| **Event:** | **Date:** |
|---|---|
| All fact discovery, including requests for production of documents, interrogatories, requests for admission and fact witness depositions completed | April 12, 2005 |
| Plaintiff's disclosure of expert(s) and expert(s) statements served | May 12, 2005 |
| Defendants' disclosure of expert(s) and expert(s) statements served | June 12, 2005 |

The parties do not consider phased discovery to be appropriate in this case.

2.     **PROPOSED SCHEDULE FOR FILING OF MOTIONS**

The parties agree on a proposed schedule for the filing of motions:

| **Event:** | **Date:** |
|---|---|
| Deadline for filing dispositive motions | July 12, 2005 |
| Deadline for filing opposition(s) to dispositive motion(s) | August 12, 2005 |
| Parties prepared for final pre-trial conference | October 12, 2005 |

3.     **TRIAL**

The parties propose that the trial of this action be scheduled to begin on or about

November 12, 2005.

4.     **TRIAL BY A MAGISTRATE JUDGE**

At the present time, the parties do not consent to trial of this action by a Magistrate

Judge.

5.     **SETTLEMENT**

On August 18, 2004, the Plaintiff provided the Defendants with a written settlement

demand.  The Defendants rejected this settlement demand in part because the process proposed

by the Plaintiff did not include the Planning Board in the approval process of any revised plan submitted by the Plaintiff.

6.    **CERTIFICATIONS**

The parties have submitted or will submit under separate cover the certifications required by Local Rule 16.1(D)(3).

7.    **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION**

The Defendants agree to mediation but could not agree to the Plaintiff's condition that the mediation be accomplished by September 24, 2004. Rather, the Defendants agree to mediation on a date when both parties as well as an agreed-upon mediator are available. The Defendants do not agree to mediate this case and to proceed with the discovery in this matter simultaneously. The Defendants have not yet received the Plaintiff's Automatic Disclosures.

The Plaintiff is not willing to attend mediation because the Defendants will not agree to a date certain by which this mediation will begin. In addition, the Plaintiff is not willing to attend mediation because it propounded discovery upon the Defendants approximately three (3) months ago to which the Defendants have not yet responded and the Defendants insist that if this matter is mediated the litigation, including all discovery, must be stayed.

8.    **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

The parties propose that the agenda for the scheduling conference include discussion of the proposed pretrial schedule.

WHEREFORE, the Plaintiff, Clafco Builders Corporation, and the defendants, the Town of Medway and Daniel J. Hooper, Matthew J. Hayes, Alan DeToma, Karyl Spiller-Walsh and Kent Scott, individually and in their official capacities as members of the Town of Medway Planning Board, respectfully request that this Court enter a Pretrial Schedule in this action which it deems just and proper.

BO1 15660870.1

Respectfully submitted,
**CLAFCO BUILDERS CORPORATION**

**TOWN OF MEDWAY and DANIEL J. HOOPER, MATTHEW J. HAYES, ALAN DETOMA, KARYL SPILLER-WALSH & KENT SCOTT, Individually And In Their Official Capacities As Members Of The TOWN OF MEDWAY PLANNING BOARD**

By their Attorneys,

By their attorneys

Peter Brooks (BBO# 058980)
Stephen C. Bazarian (BBO # 553148)
SEYFARTH SHAW
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Leonard H. Kesten (BBO# 542042)
Deborah J. Ecker (BBO# 554623)
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

DATED:  September 14, 2004

BO1 15660870.1