UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV-11538-PBS

CLAFCO BUILDERS CORPORATION,

    Plaintiff

v.

THE TOWN OF MEDWAY, MASSACHUSETTS, and DANIEL J. HOOPER, MATHEW J. HAYES, ALAN DETOMA, KARYL SPILLER-WALSH and KENT SCOTT, Individually and in their Official Capacities as Members of the TOWN OF MEDWAY PLANNING BOARD

    Defendants

## DEFENDANTS' AUTOMATIC DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), the defendants, The Town of Medway, Massachusetts, and Daniel J. Hooper, Mathew J. Hayes, Alan DeToma, Karyl Spiller-Walsh and Kent Scott, Individually and in their Official Capacities as Members of the Town of Medway Planning Board, make the following automatic disclosure:

I. <u>Individuals Likely to Have Discoverable Information</u>

    1.    The plaintiff;

    2.    All named defendants;

    James Wieler, former Chairman of the Town of Medway Planning Board

- Mr. Wieler will testify concerning the Planning Board Meetings and documents submitted to the Planning Office.

3. Susan E. Affleck-Childs, Planning Board Assistant

- Ms. Affleck-Childs will testify regarding her knowledge of the information submitted by Clafco Builders Corporation, testimony given and concerns raised by abutters, Planning Board members and others regarding the proposed Hartney Acres Definitive Subdivision Plan. Ms. Affleck-Childs also has knowledge regarding the Planning Board's review and action on the Definitive Subdivision Plans referenced in Plaintiff's Complaint.

4. Paul Yorkis – Paul Yorkis is the Official Representative for Clafco Builders Corporation for the proposed Hartney Acres Definitive Subdivision Plan.

- Mr. Yorkis will testify concerning the proposed plan as well as submissions made by Clafco Builders and concerns raised by abutters to the proposed subdivision, the consulting engineer assisting the Planning Board in its review of the proposed project and others who testified and submitted evidence at the public hearing.

5. Gary Jacobs, Chairman of the Design Review Committee.

- Mr. Jacobs has knowledge regarding the Design Review Committee's review of the proposed definitive subdivision and the recommendations made by the Design Review Committee.

6. Mark Louro, P.E. – Mr. Louro is an engineer at VHB, Inc.
   - Mr. Louro was retained by the Planning Board to assist the Planning Board in its review of the proposed Hartney Acres Definitive Subdivision Plan. Mr. Louro has knowledge of the documents submitted by Clafco and VHB Inc.'s review of the proposal and recommendations.

7. DeSimone & Associates
   - Desimone & Associates drafted and revised the proposed subdivision plan for the Plaintiff Clafco Builders Corporation

8. Richard E. Merrikin – Merrikan Engineering Co.
   - Submitted drainage calculations and other information on behalf of Clafco Builders Corporation.

9. John and Linda Claffey - Applicants

10. Gino D. Carlucci, Jr. AICP
    - Mr. Carlucci is a consulting planner at PGC Associates who was retained by the Planning Board to assist the Planning Board in its review of proposed Hartney Acres Definitive Subdivision Plan. Mr. Carlucci has knowledge of the documents submitted by Clafco and VHB, Inc.'s review of the proposal and recommendations.

11. Abutters to the property and Citizens of the Town of Medway.

II. Documents That Are Potentially Relevant to the Proceedings

   1. Planning Board Meeting Minutes in which the Proposed Subdivision was discussed.

    2. Design Review Committee Meeting Minutes in which the Proposed Subdivision was discussed.

    3. Certificate of Action issued by the Planning Board regarding the Proposed Subdivision Plan.

    4. Application materials, public comments, consultant and town review documents and supplemental information filed by the Applicant all as set forth in the Certificate of Action Definitive Subdivision Plan Hartney Acres dated May 27, 2004.

III. <u>Insurance Agreements</u>

Available upon request.

Respectfully submitted,
The Defendants,
The Town of Medway, Massachusetts, and Daniel J. Hooper, Mathew J. Hayes, Alan Detoma, Karyl Spiller-Walsh and Kent Scott, individually and in their official capacities as members of The Town Of Medway Planning Board
By their attorneys,

_Deborah Ecker_
Deborah I. Ecker, BBO #554623
Brody, Hardoon, Perkins & Kesten, LLC
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 30, 2004