✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

CLAFCO BUILDERS CORP.

**NOTICE**

V.

TOWN OF MEDWAY, et al.                         CASE NUMBER:   04-11538-PBS

TYPE OF CASE:

☒  **CIVIL**             **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

| TYPE OF PROCEEDING |
|---|
| MEDIATION |

☒  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **October 29, 2004 at 10:00 a.m.** | **November 16, 2004, at 10:00 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 5, 2004                         /s/ *Bethaney A. Healy*

DATE                                     (BY) DEPUTY CLERK

TO:     ALL  COUNSEL OF RECORD