UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Clafco Builders Corp_
Plaintiff(s)

V.

_Town of Medway et al_
Defendant(s)

CIVIL ACTION

NO. _04-11538_

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _Saris_

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[✓]   On _November 16, 2004_ I held the following ADR proceeding:

___ SCREENING CONFERENCE         ___ EARLY NEUTRAL EVALUATION

_X_ MEDIATION (followup telephone conference)      ___ SUMMARY BENCH / JURY TRIAL

___ MINI-TRIAL                   ___ SETTLEMENT CONFERENCE

[✓]   All parties were represented by counsel [except _____]

[✓]   The parties were present in person or by authorized corporate officer

The case was:

[ ]   Settled. A ___ day order of dismissal has been entered by the court.

[✓]   There was _substantial_ progress. _The mediator will be having a follow-up telephone conference with counsel on December 17, 2004, at 1:30 p.m._

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_November 16, 2004_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge