## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CLAFCO BUILDERS CORPORATION
    Plaintiff

CIVIL ACTION NO. 04-11538-PBS

V.

THE TOWN OF MEDWAY, ETAL
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

NEIMAN, U.S.M.J.:

The Court having been advised on December 21, 2004 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                              By the Court,

December 21, 2004                         /s/ Mary Finn

     Date                                               Deputy Clerk