UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Clafco Builders Corp_,
Plaintiff(s)

V.

_Town of Medway et al_
Defendant(s)

CIVIL ACTION

NO. _04-11538-PBS_

### REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION *

TO JUDGE _Saris_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On _December 21, 2004_ I held the following ADR proceeding:

__ SCREENING CONFERENCE  
_X_ MEDIATION (followup telephone conference)  
__ MINI-TRIAL  
__ EARLY NEUTRAL EVALUATION  
__ SUMMARY BENCH / JURY TRIAL  
__ SETTLEMENT CONFERENCE

[X] All parties were represented by counsel [except_____]

[ ] The parties were present in person or by authorized corporate officer

The case was:

[X] Settled. A _30_ day order of dismissal has been entered by the court.

[ ] There was progress.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_December 21, 2004_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge

* _This is a mediation retained from November, 2004._