UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CLAFCO BUILDERS CORPORATION,<br>        Plaintiff, | )<br>)<br>)<br>) |  |
| v. | )<br>) |  |
| THE TOWN OF MEDWAY,<br>        Defendant, | )<br>)<br>)<br>) |  |
| and | ) | Civil Action No. 1:04-cv-11538-PBS |
| DANIEL J. HOOPER, MATTHEW J. HAYES, ALAN DETOMA, KARYL SPILLER-WALSH and KENT SCOTT, Individually And In Their Official Capacities As Members Of The TOWN OF MEDWAY PLANNING BOARD,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the plaintiff, Clafco Builders Corporation, and the defendants, the Town of Medway and Daniel J. Hooper, Matthew J. Hayes, Alan DeToma, Karyl Spiller-Walsh and Kent Scott, individually and in their official capacities as members of the Town of Medway Planning Board, hereby stipulate that all claims in the above-captioned action, including all counterclaims and cross-claims, shall be dismissed with prejudice, each party to bear its own costs. The parties waive all rights of appeal.

| | |
|---|---|
| **CLAFCO BUILDERS CORPORATION** | **TOWN OF MEDWAY and DANIEL J. HOOPER, MATTHEW J. HAYES, ALAN DETOMA, KARYL SPILLER-WALSH & KENT SCOTT, Individually And In Their Official Capacities As Members Of The TOWN OF MEDWAY PLANNING BOARD** |
| By its attorneys, | By their attorneys |
| /s/ Stephen C. Bazarian | /s/ Deborah J. Ecker |
| Peter Brooks (BBO# 058980) | Leonard H. Kesten (BBO# 542042) |
| Stephen C. Bazarian (BBO # 553148) | Deborah J. Ecker (BBO# 554623) |
| SEYFARTH SHAW | BRODY, HARDOON, PERKINS & KESTEN, LLP |
| World Trade Center East | |
| Two Seaport Lane, Suite 300 | One Exeter Plaza, 12th Floor |
| Boston, MA 02210-2028 | Boston, MA 02116 |
| (617) 946-4800 | (617) 880-7100 |

DATED: January 13, 2005